```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LESHAWN YOUNG, ON BEHALF OF  :
HERSELF AND ALL OTHER PERSONS  :   23-CV-10110 (VEC)
SIMILARLY SITUATED,  :
 :   <u>ORDER</u>
                              Plaintiff,  :
            -against-  :
 :
MOREHOUSE COLLEGE, INC.,  :
 :
                              Defendant.  :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 20, 2023, the Court ordered Defendant to answer or otherwise respond to the Complaint by March 15, 2024, Order, Dkt. 6;

      WHEREAS on March 7, 2024, the Court adjourned *sine die* the initial pretrial conference because Defendant had not answered or appeared, Order, Dkt. 9; and

      WHEREAS on March 14, 2024, Defendant answered the Complaint.

      IT IS HEREBY ORDERED that an initial pretrial conference in this matter is scheduled for **Friday, March 29, 2024, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties' pre-conference submissions, as described at Dkt. 6, are due on **March 21, 2024**.

**SO ORDERED.**

Date:  March 15, 2024                      _____
      New York, New York                    **VALERIE CAPRONI**
                                                        **United States District Judge**